UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) | |
| Plaintiff, ) ) | Civil Action No. |
| v. ) ) | 06-11121-DPW |
| ARROW ELECTRONICS, INC., ) ) | MAGISTRATE JUDGE RBC |
| Defendant. ) ) | COMPLAINT AND JURY TRIAL DEMAND |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the bases of national origin discrimination and to provide appropriate relief to Tha T. Kim who was adversely affected by such unlawful practices. As alleged with greater specificity below, the Equal Employment Opportunity Commission alleges that Defendant Arrow Electronics, Inc. terminated Ms. Kim's temporary assignment and withdrew its offer of permanent employment as assembler because of her national origin (Cambodian).

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Sections 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981a.

1

2. The alleged unlawful employment practices were committed within the jurisdiction of the United States District Court for the District of Massachusetts.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission ("the Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3), 42 U.S.C. Sections 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Arrow Electronics, Inc. ("Defendant") has continuously been a corporation doing business in the State of Massachusetts, and has continuously had at least fifteen employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. Sections 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Tha T. Kim filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least September 2005, Defendant has engaged in unlawful employment practices at its North Reading, Massachusetts facility, in violation of Section 703 of Title VII, 42 U.S.C. Section 2000e-2. These practices include, but are not limited to:

Despite Ms. Kim's prior assembly experience at Defendant's facility and the hiring recommendations of two Defendant supervisors, Defendant discriminated against Ms. Kim on

the basis of her national origin (Cambodian) by terminating her temporary assignment and withdrawing its offer of permanent employment as assembler based on her inability to read, write and understand English. Defendant, however, employs assemblers who are of other national origins who cannot read, write and understand English.

8. The effect of the practices complained of above has been to deprive Ms. Kim of equal employment opportunities and otherwise adversely affect her status as an employee because of her national origin (Cambodian).

9. The unlawful employment practices complained of above were intentional.

10. The unlawful employment practices complained of above were done with malice or with reckless indifference to the federally protected rights of Ms. Kim.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in employment practices which discriminate on the basis of national origin.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities individuals regardless of their national origin and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Ms. Kim by providing appropriate back-pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including, but not limited to, front pay and reinstatement.

D.  Order Defendant to make whole Ms. Kim by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial.

E.  Order Defendant to make whole Ms. Kim by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of above, including pain, suffering and humiliation, in amounts to be determined at trial.

F.  Order Defendant to pay Ms. Kim punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

        James L. Lee
        Deputy General Counsel

        Gwendolyn Y. Reams
        Associate General Counsel

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        1801 L Street, N.W., 7th Floor
        Washington D.C. 20507

        *Elizabeth Grossman* /rlp
        Elizabeth Grossman
        Regional Attorney
        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        New York District Office
        33 Whitehall Street, 5th Floor
        New York, New York 10004-2112
        (212) 336-3701 (phone)
        (212) 336-3623 (facsimile)

        _____
        R. Liliana Palacios
        Senior Trial Attorney
        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        Boston Area Office
        John F. Kennedy Federal Building,
        Room 475
        Boston, MA 02203-0506
        (617) 565-3188 (phone)
        (617) 565-3196 (facsimile)